Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

IGBALIJA RUGOVAC (AND WIFE,           Index No.: 07-CV-1524
RUGOVAC SADIK),
                                      **NOTICE OF ADOPTION OF ANSWER**
                  Plaintiff(s),       **TO MASTER COMPLAINT**

       -against-                      **ELECTRONICALLY FILED**

BFP ONE LIBERTY PLAZA CO., LLC, et al.,

                  Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 4, 2007

                                             Yours etc.,

                                             McGIVNEY & KLUGER, P.C.
                                             Attorneys for Defendant
                                             GENERAL REINSURANCE CORP. i/s/h/a
                                             GENERAL RE SERVICES CORP.

                                             By: _____
                                             Richard E. Leff (RL-2123)
                                             80 Broad Street, 23rd Floor
                                             New York, New York 10004
                                             (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
           Plaintiffs Liaison
           In Re Lower Manhattan Disaster Site
           Litigation
           115 Broadway, 12th Floor
           New York, New York 10006
           (212) 267-3700

           All Defense Counsel